IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KYNNEDI'RAE JOAN CHARLES , | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-153 (MTT) |
| | * |
| GARY WAYNE CHAMBERS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated April 10, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 10th day of April, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk